UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLENN ROUTHIER,<br><br>                      Plaintiff,<br><br>  v.<br><br>PLYMOUTH ROCK TRANSPORTATION CORPORATION,<br><br>                      Defendant. | C.A. No.: 05-10856-GAO |

**DEFENDANT PLYMOUTH ROCK TRANSPORTATION CORPORATION'S
LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, the defendant, Plymouth Rock Transportation Corporation, states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

                                                Respectfully submitted,

                                                PLYMOUTH ROCK TRANSPORTATION
                                                CORPORATION

                                                By its attorneys,

                                                HOLLAND & KNIGHT LLP

                                                */s/ David J. Santeusanio*
                                                Liam T. O'Connell (BBO # 558249)
                                                David J. Santeusanio (BBO # 641270)
                                                10 St. James Avenue
                                                Boston, Massachusetts 02116
Dated: July 19, 2005                        (617) 523-2700

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE

     I hereby certify that on July 19, 2005, I electronically filed Defendant's Corporate Disclosure Statement using the CM/EMF system, which will send notification of such filing to the following attorney of record:

     Mary Notaris
     45 Stiles Road, Suite 104
     Salem, New Hampshire 03079

     */s/ David J. Santeusanio*
     Holland & Knight LLP
     10 St. James Avenue
     Boston, Massachusetts 02116