UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS
EASTERN DISTRICT

*******************************
GLENN ROUTHIER                 *
     Plaintiff          *
                            *
v.                             *  DOCKET NO.: 05-10856GAO
                            *
PLYMOUTH ROCK                  *
TRANSPORTATION CORP.           *
     Defendant          *
                            *
*******************************

### PLAINTIFF'S ASSENTED TO MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**NOW COMES** the Plaintiff, Glenn Routhier, by and through his attorney, Mary Notaris, and moves this Honorable Court to extend the deadline to file the Plaintiff's Response to the Defendant's Motion to Dismiss. In support thereof, Plaintiff states the following:

1. On or about July 19, 2005, The Defendant filed a certain Motion to Dismiss.

2. However, Undersigned Counsel, and alternatively, her associate, have been away on a pre-paid, pre-planned, family vacation, and requires additional time to prepare a response to the Defendant's Motion.

3. As such, Attorney Notaris requests an extension to file a response to the Defendant's Motion to Dismiss.

1

4.  To that end, Undersigned Counsel contacted David J. Santeusanio, Esquire, who has assented to extending the Deadline for the Plaintiff file said response, to Wednesday, August 24, 2005, with the stipulation that he be afforded additional time to reply to said Objection.

5.  As such, the Defendant may file a reply no later than Monday, September 12, 2005.

**WHEREFORE**, the Plaintiff respectfully requests this Honorable Court:

1.  That this Court grant our request to extend the deadline for Undersigned Counsel to File an Objection to the Defendant's Motion to Dismiss to August 24, 2005,

2.  That this Court grant our request to allow Defendant's Counsel additional time to file a reply to Plaintiff's Objection to the Defendant's Motion to Dismiss to September 12, 2005; and,

3.  For such other and further relief as this Court deems just and reasonable.

Dated: August 16, 2005

Respectfully submitted,
GLENN ROUTHIER
By and through his attorney,

_/s/_ Mary Notaris_____

MARY NOTARIS
Mary Notaris, Attorney at Law
45 Stiles Road, Suite 104
Salem, NH  03079
(603)898-6954

**CERTIFICATE OF SERVICE**

    I, Mary Notaris, hereby certify that this Pleading was served this day on Counsel for the Defendant by electronic means through the Court's ECF Transmission facilities.

|  |  |
|---|---|
|  | Respectfully submitted,<br>GLENN ROUTHIER<br>By his attorney, |
| Dated: August 16, 2005 | _/s/_ Mary Notaris_____<br>MARY NOTARIS<br>Bar # 561855<br>Mary Notaris, Attorney at Law<br>45 Stiles Road, Suite 104<br>Salem, NH  03079<br>603-898-6954 |

3